No. 1951.—MEEKER, KNOX & CO. v. CUMMINGS, BROWN & CO.

If suit is brought by the holder of a protested draft against the drawer, as a member of the firm who are the drawees and acceptors, the fact that he is a member of such firm must be proved before judgment can be rendered against him as such.

The failure to give notice of the non-payment by the acceptor of a draft will discharge the drawer.

APPEAL from the Fourth District Court for the parish of Orleans. *Théard*, J. *Thomas B. Hart*, for plaintiffs and appellees. *John H. New*, for defendant and appellant.

HOWELL, J. Harry T. Hays has appealed from a judgment against

him, individually, and as a member of the commercial firm of Cummings, Brown & Co., on a draft drawn by him in favor of Daniel W. Adams on said firm, all of whom are alleged to be members of the firm.

There is no evidence that Hays is a member of said firm, or that notice of the protest of said draft was served on him as drawer.

The plaintiffs have, therefore, failed to make out their case against the appellant, who pleaded the general issue.

It is therefore ordered that the judgment appealed from be reversed, and that there be judgment dismissing plaintiffs' demand, as of nonsuit, with costs in both courts.